**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**John C. FEKETY, Respondent.**

**No. 541 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Oct. 15, 1999.

*ORDER*

PER CURIAM:

AND NOW, this 15th day of October, 1999, upon consideration of the Report and Recommendations of the Disciplinary Board dated August 16, 1999, it is hereby

ORDERED that JOHN C. FEKETY be and he is SUSPENDED from the Bar of this Commonwealth for a period of one (1) year and one (1) day and he shall comply with all the provisions of Rule 217, Pa. R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

■

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Michael W. RINEER, Appellant.**

Supreme Court of Pennsylvania.

Argued Nov. 19, 1998.
Decided Oct. 25, 1999.

Robert D. Beyer, Lancaster, for Michael W. Rineer.

Joseph C. Mandenspacher, Dist. Atty., Susan E. Moyer, Asst. Dist. Atty., for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

*ORDER*

PER CURIAM.

**AND NOW,** this 25th day of October, the appeal is dismissed as improvidently granted.